UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| FRANCOIS SINGLETON | CIVIL ACTION NO. 05-1540-A |
|---|---|
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| RICHARD L. STALDER, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the magistrate judge in the report and recommendation previously filed herein,

IT IS ORDERED that this civil action is DENIED and DISMISSED WITH PREJUDICE for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SIGNED on this 5th day of December, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge